**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☒ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Funk

AT — FILED MAY 29 2008 — CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature]

PERSON REPRESENTED (Show your full name): Grant Funk

CHARGE/OFFENSE: 1324

☒ 1 Defendant—Adult

LOCATION NUMBER: 

DOCKET NUMBERS
Magistrate: 08 MG 1676

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Am Self-Employed
- Name and address of employer: Construction
- IF YES, how much do you earn per month? $3000 - 4000

**OTHER INCOME**: ☒ No

**CASH**: ☒ No

**PROPERTY**: ☒ No

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE
- Total No. of Dependents: 0

**DEBTS & MONTHLY BILLS**
- Apartment or Home: 0
- Creditors: Food & clothes & bills
- Monthly Paymt: $1000

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 5/29/08

SIGNATURE OF DEFENDANT: [signature]