# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08 MJ 1676-JMA
)
vs )   ABSTRACT OF ORDER
)
GRANT ADAM )   Booking No. 08651298
FUNK PARIS )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/3/08__
the Court entered the following order:

✓ ___ Defendant be released from custody.
___ Defendant placed on supervised / unsupervised probation / supervised release.
___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
✓ ___ Defendant released on $__25,000__ bond posted.
___ Defendant appeared in Court. FINGERPRINT & RELEASE.
___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.
___ Bench Warrant Recalled.
___ Defendant forfeited collateral.
___ Case Dismissed.
___ Defendant to be released to Pretrial Services for electronic monitoring.
___ Other._____

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by Elizabeth Lloyd
B. LLOYD   Deputy Clerk

Received_____
DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY